UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER SAESEE,<br><br>                Petitioner,<br><br>    v.<br><br>LYNCH,<br><br>               Respondent. | No. 2:22-cv-01512-TLN-AC<br><br>**ORDER** |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 25, 2023, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 6.) Petitioner has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 25, 2023 (ECF No. 6), are ADOPTED IN FULL;

1

2. Petitioner's application for writ of habeas corpus is DISMISSED for lack of jurisdiction;

3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253;

4. The Clerk of the Court is directed to close this case.

Date: June 12, 2023

_____
Troy L. Nunley
United States District Judge